B1 (Official Form 1) (4/10)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS
### WICHITA DIVISION

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **L & T Machining, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **48-1237706** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **1827 S. Leonine St. Wichita, KS**  ZIP CODE **67213-1313** | Street Address of Joint Debtor (No. and Street, City, and State):  ZIP CODE |
| County of Residence or of the Principal Place of Business: **Sedgwick** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **1827 S. Leonine St. Wichita, KS**  ZIP CODE **67213-1313** | Mailing Address of Joint Debtor (if different from street address):  ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):  ZIP CODE | |

## Type of Debtor (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Nature of Business (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

### Tax-Exempt Entity (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

## Filing Fee (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors
**Check one box:**
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontigent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

### Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

### Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

### Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2011 (Build 9.0.80.3, ID 0565489695)*

## Voluntary Petition
*(This page must be completed and filed in every case.)*

Name of Debtor(s): **L & T Machining, Inc.**

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| **None** | | |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| **None** | | |
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
                                                        Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                                   _____
                                     (Name of landlord that obtained judgment)

                                   _____
                                     (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** (This page must be completed and filed in every case) | Name of Debtor(s): **L & T Machining, Inc.** |
|---|---|

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X_____ X_____ Telephone Number (If not represented by attorney) Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X_____ (Signature of Foreign Representative) (Printed Name of Foreign Representative) Date |
| **Signature of Attorney*** X **/s/ David P. Eron** **David P. Eron** Bar No. **23429** **Eron Law Office, P.A.** **229 E. William, Suite 100** **Wichita, KS 67202** Phone No. **(316) 262-5500** Fax No. **(316) 262-5559** 4/15/2011 Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer** I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) Address X_____ Date Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. **L & T Machining, Inc.** X **/s/ Michael V. Liu** Signature of Authorized Individual **Michael V. Liu** Printed Name of Authorized Individual **President** Title of Authorized Individual **4/15/2011** Date | |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2011 (Build 9.0.80.3, ID 0565489695)*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS
# WICHITA DIVISION

IN RE: **L & T Machining, Inc.**            CASE NO

CHAPTER    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---:|
   | For legal services, I have agreed to accept: | **$0.00** |
   | Prior to the filing of this statement I have received: | **$0.00** |
   | Balance Due: | **$0.00** |

2. The source of the compensation paid to me was:

   [✓] Debtor      [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [✓] Debtor      [ ] Other (specify)

4. [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Counsel has not received any retainer. Fees are governed by the retainer agreement and order authorizing the employment of counsel.**

---

### CERTIFICATION
I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **4/15/2011** | **/s/ David P. Eron** |
| *Date* | *David P. Eron*     Bar No. 23429 |
| | Eron Law Office, P.A. |
| | 229 E. William, Suite 100 |
| | Wichita, KS 67202 |
| | Phone: (316) 262-5500 / Fax: (316) 262-5559 |

---

 /s/ Michael V. Liu

*Michael V. Liu*
*President*

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**
**WICHITA DIVISION**

IN RE:   L & T Machining, Inc.                                    Case No.

                                                                  Chapter   11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Chanthaboun Vilayphanh<br>23 Halldorson Ave<br>Aurora, Ont<br>L4G 7z1 Canada | | Business Loan | | **$432,500.00** |
| Tony Dang<br>10619 E Boston St<br>Wichita, KS 67207 | | Business Loan | | **$297,000.00** |
| Fongvilay and Kanha Phommachanh<br>8557 greed<br>Wichita, KS 67210 | | Business Loan | | **$275,000.00** |
| Minh D Ninh<br>11674 Cheryl Ridge Ct<br>San Diego, CA 92126 | | Business Loan | | **$250,000.00** |
| Ha Thi Thu Vu<br>96 Ottaway Ave<br>Barrie, On<br>L4M 2X2, Canada | | Business Loan | | **$205,000.00** |
| Chanh Liu<br>212 Currey Cres<br>Newmarket, Ont<br>L3Y 5M9, Canada | | Business Loan | Setoff | **$196,900.00** |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS
## WICHITA DIVISION

IN RE: L & T Machining, Inc.　　　　　　　　　　　　　Case No.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter　11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| US Bancorp Equipment Finance, Inc.<br>PO Box 230789<br>Portland, OR 97281 | | Settlement | | **$159,000.00** |
| Silvilay Liu and Judy Chang<br>11919 E Tipperary St<br>Wichita, KS 67260 | | Business Loan | | **$157,758.82** |
| Khamphoune or Linda Soimany<br>PO Box 710083<br>San Diego, CA 92171 | | Business Loan | | **$152,000.00** |
| Tiffany Nguyen<br>11674 Cherry Ridge Ct<br>San Diego, CA 92126 | | Business Loan | | **$150,000.00** |
| Saeng Syharath<br>919 Robin Rd<br>Blackwell, OK 74631 | | Business Loan | | **$142,000.00** |
| Robert Luu<br>6101 W York St<br>Wichita, KS 67215 | | Business Loan | | **$140,000.00** |
| Victor and Judy Chang<br>12712 E Killarney St<br>Wichita, KS 67206 | | Business Loan | | **$134,000.00** |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS
WICHITA DIVISION

IN RE:  L & T Machining, Inc.                                         Case No.

                                                                      Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Khone Liu<br>3208 Chestnust Dr<br>Wichita, KS 67216 | | Business Loan | | **$130,086.47** |
| Khamseng Gowing<br>2511 Fairway Cr<br>Derby, KS 67037 | | Business Loan | | **$116,700.00** |
| Chanthason and Sipaphay Vilayphanh<br>2603 S Cypress<br>Wichita, KS 67210 | | Business Loan | | **$113,900.00** |
| Phouangrak Nantharath<br>212 Currey Cres<br>Newmarket, Ont<br>L3Y 5M9, Canada | | Business Loan | | **$100,000.00** |
| Ouboun and Phetyou Nantarath<br>17 Blacktern Crescent<br>Kanata, Ont<br>L3Y 5M9, Canada | | Business Loan | | **$100,000.00** |
| Khammeung Kayarath<br>116 Sawmill Valley Dr<br>Newmarket, On<br>L3X 2S4, Canada | | Business Loan | | **$100,000.00** |
| Dee Her<br>10207 E 31st St S<br>Wichita, KS 67210 | | Business Loan | | **$100,000.00** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**
**WICHITA DIVISION**

IN RE: **L & T Machining, Inc.**          Case No.

                                          Chapter     **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President**_____ of the _____**Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: __**4/15/2011**__          Signature: __**/s/ Michael V. Liu**__
                                            *Michael V. Liu*
                                            **President**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS
WICHITA DIVISION

IN RE: **L & T Machining, Inc.**  CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  4/15/2011  Signature  /s/ Michael V. Liu
*Michael V. Liu*
*President*

Date  Signature

| | | |
|---|---|---|
| Debtor(s): L & T Machining, Inc. | Case No:<br>Chapter: 11 | DISTRICT OF KANSAS<br>WICHITA DIVISION |

AAPP, Inc.
1625 S Rock Rd, Ste 123
Wichita, KS 67207

Bane Xayavong
5217 S Mt Carmel
Wichita, KS 67217

Cao Nguyen
6921 E Farmview
Wichita, KS 67206

ACC Capital Corporation
1787 E Fort Union Blvd, Ste 200
Salt Lake City, UT 84121

Bao Q Tran
1917 S Michelle St
Wichita, KS 67207

Carmax
Po Box 3174
Milwaukee, WI 53201

Aero-Vac Alloys and Forge Inc
2181 S Dupont Drive
Anaheim, CA 92806

Black Hills Energy
PO Box 6001
Rapid City, SD 57709

Cassandra D Jordan
724 Fairway
Wichita, KS 67213

AGH
301 N Main, Suite 1700
Wichita, KS 67202

Bob and Nancy Nguyen
14603 Willow Bend Ct
Wichita, KS 67230

Chanh Liu
212 Currey Cres
Newmarket, Ont
L3Y 5M9, Canada

American Metal
1141 S Acacia Ave
Fullerton, CA 92831

Boeing
PO Box 277851
Atlanta, GA 30384

Chanthaboun Vilayphanh
23 Halldorson Ave
Aurora, Ont
L4G 7z1 Canada

Andrea Bekemeyer
751 E 190th St S
South Haven, KS 67140

Boondarig Aswarithdumrong
7915 E Indian Apolis
Wichita, KS 67207

Chanthason and Sipaphay Vilaypha
2603 S Cypress
Wichita, KS 67210

Aricapequi
1709 S Hoover
Wichita, KS 67209

Bounmetta Saykhamphoune
1847 Red Oaks
Wichita, KS 67207

Cintas
PO Box 750776
Topeka, KS 66675

Arrow Lab
PO Box 248
Wichita, KS 67201

Bounnam Siharath
919 Robin Road
Blackwell, OK 74631

CIT Technology Financing Service
PO Box 550599
Jacksonville, FL 32255

Atlas Financial Services LLC
235 E Broadway Avenue
Pacific Towers, Suite 1160
Long Beach, CA 90802

Brenda Kim
5924 W Georgia
Wichita, KS 67215

Classicform
2417 W 13th
Wichita, KS 67203

Auto Plus
3409 W Harry
Wichita, KS 67213

Canh Tran
2513 W 31st St South #F
Wichita, KS 67217

Claude Mann and Assoc.
1720 E Morris, Ste 113
Wichita, KS 67211

| | | |
|---|---|---|
| CNC Associates, Inc<br>LA 22217<br>Pasadena, CA 91185 | Fastenal<br>PO Box 978<br>Winona, MN 55987 | Ha Thi Thu Vu<br>96 Ottaway Ave<br>Barrie, On<br>L4M 2X2, Canada |
| Cox Communications<br>Attn Bankruptcy<br>1400 Lake Hearn Drive<br>Atlanta, GA 30319 | Financial Pacific Leasing LLC<br>3455 S 344th Way, Ste 300<br>Auburn, WA 98001 | Haas<br>2650 Baird Rd<br>Fairport, NY 14450 |
| Culligan<br>10821 E 26th N<br>Wichita, KS 67226 | Fongvilay and Kanha Phommachanh<br>8557 greed<br>Wichita, KS 67210 | Hawker Beechcraft<br>9709 E Central Ave<br>Wichita, KS 67206 |
| Dee Her<br>10207 E 31st St S<br>Wichita, KS 67210 | Forest City<br>11715 Main St<br>Roscoe, IL 61073 | Hong Nhung Nguyen<br>13662 Dawson Ave<br>Garden Grove, CA 92843 |
| DGI Supply<br>4436 Paysphere Circle<br>Chicago, IL 60674 | Gai Liu<br>3208 Chestnut Dr<br>Wichita, KS 67216 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA  19101-7346 |
| Duhon Andrade<br>208 W Hazel St<br>Wichita, KS 67217 | Gai Liu<br>3208 Chestnut<br>Wichita, KS 67216 | James R. Gilhousen<br>Cockett & Gilhousen<br>1005 North Market<br>Wichita, KS 67214 |
| Dynamic Machine Tool<br>84 Hubble Dr, Ste 200<br>O Fallon, MO 63368 | GE Capital Financial, Inc.<br>4246 Riverboar Rd<br>Salt Lake City, UT 84123 | Jimmy Vu<br>31993 Mission Hill Dr<br>Mississauge, Ont<br>L5M0B3, Canada |
| E/M Coating Service<br>20751 Superior St<br>Chatsworth, CA 91311 | Gerald O Petersen<br>5737 W 42nd St S<br>Wichita, KS 67215 | K-I machine T<br>2107b Charmar Drive<br>Loves Park, IL 61111 |
| Embee Encorp<br>PO Box 15705<br>Santa Ana, CA 92735 | Grainger<br>Po Box 419267, Dept 20-85620865<br>Kansas City, MO 64141 | Kaha Phothirat<br>8557 Greed<br>Wichita, KS 67210 |
| Farm Bureau<br>5400 University Ave<br>West Des Moines, IA 50266 | Guy Cao Hoang<br>4618 E Boston St<br>Wichita, KS 67218 | Kam<br>635 Lone Rider Ct<br>Rockwall, TX 75087 |

| | | |
|---|---|---|
| Kansas Dept of Revenue<br>Civil Tax Enforcement<br>PO Box 12005<br>915 SW Harrison<br>Topeka KS  66612-2005 | Kross Lieberman & Stone Inc.<br>PO Box 17449<br>Raleigh, NC 27619 | Lorac Com<br>624 E Harry<br>Wichita, KS 67211 |
| Kenneth H. Jack<br>Davis & Jack LLC<br>2121 W Maple<br>Wichita, KS 67213 | KS Labor Law Poster Service<br>6021 SW 29th ST, Ste A #101<br>Topeka, KS 66614 | Martin E. Updegraff<br>608 N Broadway<br>Wichita, KS 67214 |
| Khammeung Kayarath<br>116 Sawmill Valley Dr<br>Newmarket, On<br>L3X 2S4, Canada | KS Payment<br>PO Box 758599<br>Topeka, KS 66675 | Maruka US<br>2010 NE Douglas<br>Lees Summit, MO 64086 |
| Khamphoune or Linda Soimany<br>PO Box 710083<br>San Diego, CA 92171 | Lance and Victoria A. Woo<br>6514 Warrren Cir<br>Wichita, KS 67212 | McDonald Tinker<br>300 W Douglas Ave, Ste 500<br>Wichita, KS 67202 |
| Khamseng Gowing<br>2511 Fairway Cr<br>Derby, KS 67037 | Le Thoum<br>2631 Forest Park<br>Derby, KS 67037 | Meader Woo<br>6514 Warren<br>Wichita, KS 67212 |
| Khanty Vichith<br>8911 E Bluestem<br>Wichita, KS 67207 | Ledford G<br>227 Industrial Drive<br>PO Box 100<br>Mulvane, KS 67110 | Met Finish<br>1423 S McLean Blvd<br>Wichita, KS 67213 |
| Khien Hong Quan<br>88 Giraffe Ave<br>Bramton, Ont<br>L6R 1Z2, Canada | Leonine Investors, LLC<br>c/o William B. Mitchell<br>150 N Market<br>Wichita, KS 67202 | Met Improve<br>1423 S McLean Blvd<br>Wichita, KS 67213 |
| Khone Liu<br>3208 Chestnust Dr<br>Wichita, KS 67216 | Lisa Lee<br>811 crescent Lakes Circle<br>Andover, KS 67002 | Michael Liu<br>1415 Elmonte<br>Wichita, KS 67216 |
| Klindspor<br>PO Box 2367<br>Hickory, NC 28603 | Liu Zi Cheng<br>98 Mainard Cres.<br>Brampton, Ont<br>L6R 2T9, Canada | Minh D Ninh<br>11674 Cheryl Ridge Ct<br>San Diego, CA 92126 |
| Kramer and Frank PC<br>1125 Grand Blvd, Ste 600<br>Kansas City, MO 64106 | Lop and Malinda Mienphilom<br>903 Elizabeth St<br>Winfield, KS 67156 | Murdock<br>Po Box 2775<br>Wichita, KS 67201 |

| | | |
|---|---|---|
| Othong Southammavong<br>2439 S Kihei Rd<br>Kihei, HI 96753 | Premiere Processing<br>3002 West Pawnee, Suite 104<br>Wichita, KS 67213 | Safrarik Tool Co., Inc.<br>400 West Clay St<br>Valley Center, KS 67147 |
| Ouboun and Phetyou Nantarath<br>17 Blacktern Crescent<br>Kanata, Ont<br>L3Y 5M9, Canada | Protec Sec<br>1132 Emmerson<br>Wichita, KS 67212 | Sai Global<br>Po Box 311116<br>Detroit, MI 48231 |
| Paragon Services<br>1015 S West Street<br>Wichita, KS 67213 | PSS Inc<br>2661 W Esthner<br>Wichita, KS 67213 | Sheldon and/or Korbin Wise<br>608 E 5th<br>Newkirk, OK 74647 |
| Pcpersonae<br>Po Box 5750<br>Carol Stream, IL 60197 | Puget Sound Leasing<br>925 Fourth Ave, Ste 2350<br>Seattle, WA 98104 | Silvilay Liu and Judy Chang<br>11919 E Tipperary St<br>Wichita, KS 67260 |
| Persontax<br>Po Box 2961<br>Wichita, KS 67201 | Quality Tool Service, Inc.<br>1501 S Handley<br>Wichita, KS 67213 | Sinclair<br>1023 S Santa Fe<br>Wichita, KS 67211 |
| Phom and Saengnuan Noseng<br>831 S Lindberg Cir<br>Wichita, KS 67207 | Robert Luu<br>6101 W York St<br>Wichita, KS 67215 | Sipaphay Vilayphanh<br>23 Halldorson Ave<br>Aurora, Ont<br>L4G7Z1, Canada |
| Phouangrak Nantharath<br>212 Currey Cres<br>Newmarket, Ont<br>L3Y 5M9, Canada | Rohling CE<br>1502 S Walnut<br>Wichita, KS 67213 | Spirit Aerosystems<br>3801 S Oliver St<br>Wichita, KS 67210 |
| PMC<br>4425 May Bldg A<br>Wichita, KS 67209 | Ross and Karen Ha Chueng<br>31 E Colorado Blvd., Unit #C<br>Arcadia, CA 91006 | Sunnen<br>PO Box 952481<br>Saint Louis, MO 63195 |
| Precision Aero Services<br>1200 E Highland Ave<br>Nevada, MO 64772 | Roy and Kelly Son<br>1677 N Charles<br>Wichita, KS 67203 | Superior Rubber Stamp and Seal<br>2725 E Douglas<br>PO Box 2258<br>Wichita, KS 67201 |
| Preferred Health<br>PO Box 47066<br>Wichita, KS 67201 | Saeng Syharath<br>919 Robin Rd<br>Blackwell, OK 74631 | Swift-Cor Aerospace Inc<br>2823 W Pawnee<br>Wichita, KS 67213 |

Syvilay Chen Liu
11919 Tipperary St
Wichita, KS 67206

Universal Mac
116 S Lulu
Wichita, KS 67211

Westar Energy
PO Box 889
Topeka, KS 66601


T-Mobile
PO Box 660252
Dallas, TX 75266-0252

US Attorney Wichita
1200 Epic Center
301 N Main
Wichita KS 67202

Wichita Alram Program
PO Box 1162
Wichita, KS 67201


Tect Aerospace
2019 SW Blvd
Wichita, KS 67213

US Bancorp Equipment Finance, I
PO Box 230789
Portland, OR 97281

Yao Si Vu
3193 Mission Hill Dr
Mississauga, Ont
L5M 0B3, Canada


Thomas D. Harris
PO Box 355
Valley Center, KS 67147

US Bank
PO Box 790408
Saint Louis, MO 63179

Yellowbook
PO Box 660052
Dallas, TX 75266


Thongkhoun Meunxayakham
1414 S Seneca St apt #916
Wichita, KS 67217

Vattha Thoumsavath
2631 Forest Park
Derby, KS 67037


Tiffany Nguyen
11674 Cherry Ridge Ct
San Diego, CA 92126

Victor and Judy Chang
12712 E Killarney St
Wichita, KS 67206


Timothy J. King
300 W Douglas, Ste 230
Wichita, KS 67202

Videojet
12113 Collection center Dr
Federal ID #36-2822116
Chicago, IL 60693


Tony Dang
10619 E Boston St
Wichita, KS 67207

Vilayvanh Keophanboua
6030 72nd Ave N
Minneapolis, MN 55429


Uline Shipping Supply Specialis
2200 S Lakeside Dr
Waukegan, IL 60085

Waste Connections
2745 North Ohio
Wichita, KS 67219


Univar USA inc
PO Box 849027
Dallas, TX 75284

Waste Connections
2745 N Ohio
Wichita, KS 67219