UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

| | |
|---|---|
| In re:<br><br>L&T MACHINING, INC.,<br><br>           DEBTOR. | Case No.: 11-11045-11 REN |

**MOTION TO AUTHORIZE POST-PETITION SECURED FINANCING**

COMES NOW, L&T Machining, Inc., Debtor, and moves the Court for an Order authorizing it to obtain post-petition secured financing pursuant to 11 U.S.C. § 364. In support of its motion, Debtor shows the Court as follows:

1.      On April 15, 2011, Debtor filed a Voluntary Petition for Relief under Chapter 11 of the Bankruptcy Code.

2.      The Bankruptcy Court has jurisdiction over this matter pursuant to 28 U.S.C. 1334, its local rules, and 11 U.S.C. §§ 364.

3.      Debtor operates an airplane parts manufacturing firm in Wichita, KS.

4.      The Internal Revenue Service ("IRS") is the holder of a secured claim against Debtor for the sum of $286,992.83. The IRS's claim is secured by a lien on everything the Debtor owns.

5.      Prior to the filing of this case, the IRS had levied all of Debtor's accounts receivable. As a result, Debtor was rendered incapable of generating any cash to support its operations, as funds generated from labor and sales were diverted to the IRS. This is the cause of Debtor's chapter 11 filing.

6.      In order to alleviate its cash flow difficulties, Debtor engaged the services of Meridian Working Capital, LLC ("Meridian"). Meridian agreed to provide financing to Debtor in order to fund Debtor's purchase orders received from its various venders, particularly Hawker

1

Beechcraft, Spirit Aerosystems, and Tect Aero, and PMC. The proposed agreement is attached hereto, and essentially provides that Meridian will finance the cost of all goods required to fill Debtor's purchase orders at an interest rate of .225% per day. However, Meridian required the IRS to execute a subordination of its interests in Debtor's accounts receivable prior to entering into the agreement. The IRS declined to do so.

7. Meridian has indicated its willingness to enter into a post-petition financing arrangement with Debtor on substantially the same terms as those identified in Exhibit A, with certain exceptions such that the filing of the bankruptcy will not constitute default, and Meridian understands that the IRS holds a senior secured position on Debtor's assets. However, Meridian requires that it be granted a senior priority lien on all receivables generated by the purchase orders which it finances on a post-petition basis.

8. Pursuant to 11 U.S.C. §364(d), the Court may authorize the obtaining of credit secured by a senior lien on property of the estate already subject to a lien in cases where the debtor cannot obtain such credit otherwise and the senior lien holder's interest is otherwise adequately protected.

9. In this case, Debtor has over $500,000.00 in purchase orders from aerospace companies waiting to be filled. Debtor lacks the capital to fill these orders. Therefore, it is critical for Debtor to obtain financing for these purchase orders. The IRS does not have a lien on Debtor's future production for such purchase orders. However, it does have a lien on Debtor's inventory, some of which will be used in filling these purchase orders.

10. The IRS's security interest in Debtor's inventory will be adequately protected for three reasons. First, Debtor will receive a capital infusion from Meridian in an amount sufficient to cover the cost of all goods used in filling the purchase orders. Indeed, the amount of the

financing is designed to cover 100% of the costs of goods sold. Thus, the financing will result in no diminution of the IRS's collateral.

11. Second, the financing from Meridian will enable Debtor to generate accounts receivable well in excess of the costs of goods sold. Therefore, Debtor's financial position will actually improve through the financing. Debtor has already filed a motion requesting authority to use the IRS's collateral and to provide them with a replacement lien on all of Debtor's post-petition assets. The financial benefit to Debtor will thus similarly inure to the benefit of the IRS.

12. Third, Debtor's assets presently have a value in excess of $2.5 million, including accounts receivable, inventory, and equipment. The IRS is the most senior lien creditor on all of Debtor's assets. Therefore, the IRS enjoys an equity cushion of approximately 900%, which adequately protects the IRS from any diminution in the value of its collateral.

WHEREFORE, Debtor requests that the Court grant its Motion for Post-Petition Financing, grant Debtor the authority to enter into a financing agreement with Meridian on substantially the same terms as those in Exhibit A, and grant Meridian a senior priority lien on all accounts receivable generated from any purchase orders that it finances on a post-petition basis, and for such other relief as the Court deems just and proper.

Respectfully Submitted:

ERON LAW OFFICE, P.A.
Attorneys for Debtor

*/s/ David P. Eron*
DAVID P. ERON
Kansas Sup. Ct. No. 23429
229 E. William, Suite 100
Wichita, KS 67202
316-262-5500
316-262-5559 (fax)
david@eronlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2011, a true and correct copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

In addition, a true and correct copy of the foregoing was forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the following:

See Attached Matrix

>  */s/ Laura S. Wilson*_____
>  LAURA S. WILSON
>  Assistant to David Eron

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

L & T Machining Inc
1827 S Leonine St
Wichita, KS 67213-1313

AAPP Inc
1625 S Rock Rd Ste 123
Wichita KS 67207-5197

ACC Capital Corporation
1787 E Fort Union Blvd Ste 200
Salt Lake City UT 84121-2886

AGH
301 N Main Ste 1700
Wichita KS 67202-4817

Aero Vac Alloys and Forge Inc
2181 S Dupont Drive
Anaheim CA 92806-6102

American Metal
1141 S Acacia Ave
Fullerton CA 92831-5312

Andrea Bekemeyer
751 E 190th St S
South Haven KS 67140-9029

Aricapequi
1709 S Hoover
Wichita KS 67209-2813

Arrow Lab
PO Box 248
Wichita KS 67201-0248

Atlas Financial Services LLC
235 E Broadway Avenue
Pacific Towers Ste 1160
Long Beach CA 90802-3162

Auto Plus
3409 W Harry
Wichita KS 67213-1407

Bane Xayavong
5217 S Mt Carmel
Wichita KS 67217-4070

Bao Q Tran
1917 S Michelle St
Wichita KS 67207-6657

Black Hills Energy
PO Box 6001
Rapid City SD 57709-6001

Bob and Nancy Nguyen
14603 Willow Bend Ct
Wichita KS 67230-9247

Boeing
PO Box 277851
Atlanta GA 30384-7851

Boondarig Aswarithdumrong
7915 E Indian Apolis
Wichita KS 67207-2317

Bounmetta Saykhamphoune
1847 Red Oaks
Wichita KS 67207-5771

Bounnam Siharath
919 Robin Road
Blackwell OK 74631-4774

Brenda Kim
5924 W Georgia
Wichita KS 67215-2047

CIT Technology Financing Services Inc
PO Box 550599
Jacksonville FL 32255-0599

CNC Associates Inc
LA 22217
Pasadena CA 91185-0001

Canh Tran
2513 W 31st St South Lot F
Wichita KS 67217-1651

Cao Nguyen
6921 E Farmview
Wichita KS 67206-1059

Carmax
PO Box 3174
Milwaukee WI 53201-3174

Cassandra D Jordan
724 Fairway
Wichita KS 67212-4432

Chanh Liu
212 Currey Cres
Newmarket Ont
L3Y 5M9 Canada

| | | |
|---|---|---|
| Chanthaboun Vilayphanh<br>23 Halldorson Ave<br>Aurora Ont<br>L4G 7z1 Canada | Chanthason and Sipaphay Vilayphanh<br>2603 S Cypress<br>Wichita KS 67210-2470 | Cintas<br>PO Box 750776<br>Topeka KS 66675-0776 |
| Classicform<br>2417 W 13th<br>Wichita KS 67203-1930 | Claude Mann and Assoc<br>1720 E Morris Ste 113<br>Wichita KS 67211-2797 | Cox Communications<br>Attn Bankruptcy<br>1400 Lake Hearn Drive<br>Atlanta GA 30319-1464 |
| Culligan<br>10821 E 26th N<br>Wichita KS 67226-4525 | DGI Supply<br>4436 Paysphere Circle<br>Chicago IL 60674-0001 | Dee Her<br>10207 E 31st St S<br>Wichita KS 67210-1838 |
| Duhon Andrade<br>208 W Hazel St<br>Wichita KS 67217 | Dynamic Machine Tool<br>84 Hubble Dr Ste 200<br>O Fallon MO 63368-8711 | E M Coating Service<br>20751 Superior St<br>Chatsworth CA 91311-4416 |
| Embee Encorp<br>PO Box 15705<br>Santa Ana CA 92735-0705 | Farm Bureau<br>5400 University Ave<br>West Des Moines IA 50266-5997 | Fastenal<br>PO Box 978<br>Winona MN 55987-0978 |
| Financial Pacific Leasing LLC<br>3455 S 344th Way Ste 300<br>Auburn WA 98001-9546 | Fongvilay and Kanha Phommachanh<br>8557 Greed<br>Wichita KS 67210 | Forest City<br>11715 Main St<br>Roscoe IL 61073-9567 |
| GE Capital Financial Inc<br>4246 Riverboar Rd<br>Salt Lake City UT 84123-2561 | Gai Liu<br>3208 Chestnut<br>Wichita, KS 67216-3070 | |
| Gerald O Petersen<br>5737 W 42nd St S<br>Wichita KS 67215-2032 | Grainger<br>PO Box 419267<br>Dept 20-856208657<br>Kansas City MO 64141-6267 | Guy Cao Hoang<br>4618 E Boston St<br>Wichita KS 67218-3148 |
| Ha Thi Thu Vu<br>96 Ottaway Ave<br>Barrie On<br>L4M 2X2 Canada | Haas<br>2650 Baird Rd<br>Fairport NY 14450-1224 | Hawker Beechcraft<br>9709 E Central Ave<br>Wichita KS 67206-2507 |
| Hong Nhung Nguyen<br>13662 Dawson Ave<br>Garden Grove CA 92843-3265 | James R Gilhousen<br>Cockett & Gilhousen<br>1005 N Market<br>Wichita KS 67214-2911 | |

| | | |
|---|---|---|
| Jimmy Vu<br>31993 Mission Hill Dr<br>Mississauge Ont<br>L5M0B3 Canada | K I Machine T<br>2107b Charmar Drive<br>Loves Park IL 61111 | KS Labor Law Poster Service<br>6021 SW 29th ST Ste A 101<br>Topeka KS 66614-6200 |
| KS Payment<br>PO Box 758599<br>Topeka KS 66675-8599 | Kaha Phothirat<br>8557 Greed<br>Wichita KS 67210 | Kam<br>635 Lone Rider Ct<br>Rockwall TX 75087-8355 |
| (p)KANSAS DEPARTMENT OF REVENUE<br>PO BOX 12005<br>TOPEKA KS 66612-2005 | Kenneth H Jack<br>Davis & Jack LLC<br>2121 W Maple<br>Wichita KS 67213-3398 | Khammeung Kayarath<br>116 Sawmill Valley Dr<br>Newmarket On<br>L3X 2S4 Canada |
| Khamphoune or Linda Soimany<br>PO Box 710083<br>San Diego CA 92171-0083 | Khamseng Gowing<br>2511 Fairway Cr<br>Derby KS 67037-9721 | Khanty Vichith<br>8911 E Bluestem<br>Wichita KS 67207-5520 |
| Khien Hong Quan<br>88 Giraffe Ave<br>Bramton Ont<br>L6R 1Z2 Canada | Khone Liu<br>3208 Chestnust Dr<br>Wichita KS 67216-3070 | Klindspor<br>PO Box 2367<br>Hickory NC 28603-2367 |
| Kramer and Frank PC<br>1125 Grand Blvd Ste 600<br>Kansas City MO 64106-2501 | Kross Lieberman & Stone Inc<br>PO Box 17449<br>Raleigh NC 27619-7449 | Lance and Victoria A Woo<br>6514 Warren Cir<br>Wichita KS 67212-7202 |
| Le Thoum<br>2631 Forest Park<br>Derby KS 67037-4246 | Ledford G<br>227 Industrial Drive<br>PO Box 100<br>Mulvane KS 67110-0100 | Leonine Investors LLC<br>c o William B Mitchell<br>150 N Market<br>Wichita KS 67202-1900 |
| Lisa Lee<br>811 Crescent Lakes Circle<br>Andover KS 67002-9342 | Liu Zi Cheng<br>98 Mainard Cres<br>Brampton Ont<br>L6R 2T9 Canada | Lop and Malinda Mienphilom<br>903 Elizabeth St<br>Winfield KS 67156-5124 |
| Lorac Com<br>624 E Harry<br>Wichita KS 67211-4205 | Martin E Updegraff<br>608 N Broadway<br>Wichita KS 67214-3506 | Maruka US<br>2010 NE Douglas<br>Lees Summit MO 64086 |
| McDonald Tinker<br>300 W Douglas Ave Ste 500<br>Wichita KS 67202-2985 | Meader Woo<br>6514 Warren<br>Wichita KS 67212-7202 | Met Finish<br>1423 S McLean Blvd<br>Wichita KS 67213-4398 |

Met Improve
1423 S McLean Blvd
Wichita KS 67213-4302

Michael Liu
1415 El Monte
Wichita KS 67216-1551

Minh D Ninh
11674 Cheryl Ridge Ct
San Diego CA 92126-6071


Murdock
PO Box 2775
Wichita KS 67201-2775

Othong Southammavong
2439 S Kihei Rd
Kihei HI 96753-7283

Ouboun and Phetyou Nantarath
17 Blacktern Crescent
Kanata Ont
L3Y 5M9 Canada


PMC
4425 May Bldg A
Wichita KS 67209-2873

PSS Inc
2661 W Esthner
Wichita KS 67213-1824

Paragon Services
1015 S West Street
Wichita KS 67213-1694


Pcpersonae
PO Box 5750
Carol Stream IL 60197-5750

Persontax
PO Box 2961
Wichita KS 67201-2961

Phom and Saengnuan Noseng
831 S Lindberg Cir
Wichita KS 67207-3957


Phouangrak Nantharath
212 Currey Cres
Newmarket Ont
L3Y 5M9 Canada

Precision Aero Services
1200 E Highland Ave
Nevada MO 64772-1059

Preferred Health
PO Box 47066
Wichita KS 67201-7066


Premiere Processing
3002 W Pawnee Ste 104
Wichita KS 67213-1830

Protec Sec
1132 Emmerson
Wichita KS 67212-3016

Puget Sound Leasing
925 Fourth Ave Ste 2350
Seattle WA 98104-1146


Quality Tool Service Inc
1501 S Handley
Wichita KS 67213-4320

Robert Luu
6101 W York St
Wichita KS 67215-1804

Rohling CE
1502 S Walnut
Wichita KS 67213-4351


Ross and Karen Ha Chueng
31 E Colorado Blvd Unit C
Arcadia CA 91006-2831

Roy and Kelly Son
1677 N Charles
Wichita KS 67203-1519

Saeng Syharath
919 Robin Rd
Blackwell OK 74631-4774


Safrarik Tool Co Inc
400 W Clay St
Valley Center KS 67147-2247

Sai Global
PO Box 311116
Detroit MI 48231-1116

Sheldon and or Korbin Wise
608 E 5th
Newkirk OK 74647-2501


Silvilay Liu and Judy Chang
11919 E Tipperary St
Wichita KS 67206-4338

Sinclair
1023 S Santa Fe
Wichita KS 67211-2437

Sipaphay Vilayphanh
23 Halldorson Ave
Aurora Ont
L4G7Z1 Canada

| | | |
|---|---|---|
| Spirit Aerosystems<br>3801 S Oliver St<br>Wichita KS 67210-3000 | Sunnen<br>PO Box 952481<br>St Louis MO 63195-2481 | Superior Rubber Stamp and Seal<br>2725 E Douglas<br>PO Box 2258<br>Wichita KS 67201-2258 |
| Swift Cor Aerospace Inc<br>2823 W Pawnee<br>Wichita KS 67213-1819 | Syvilay Chen Liu<br>11919 Tipperary St<br>Wichita KS 67206-4338 | T Mobile<br>PO Box 660252<br>Dallas TX 75266-0252 |
| Tect Aerospace<br>2019 SW Blvd<br>Wichita KS 67213-1439 | Thomas D Harris<br>PO Box 355<br>Valley Center KS 67147-0355 | Thongkhoun Meunxayakham<br>1414 S Seneca St Apt 916<br>Wichita KS 67213 |
| Tiffany Nguyen<br>11674 Cherry Ridge Ct<br>San Diego CA 92126-6071 | Timothy J King<br>300 W Douglas Ste 230<br>Wichita KS 67202-2906 | Tony Dang<br>10619 E Boston St<br>Wichita KS 67207-4003 |
| US Attorney Wichita<br>1200 Epic Center<br>301 N Main<br>Wichita KS 67202-4800 | US Bancorp Equipment Finance Inc<br>PO Box 230789<br>Portland OR 97281-0789 | |
| US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Uline Shipping Supply Specialists<br>2200 S Lakeside Dr<br>Waukegan IL 60085-8361 | Univar USA Inc<br>PO Box 849027<br>Dallas TX 75284-9027 |
| Universal Mac<br>116 S Lulu<br>Wichita KS 67211-1709 | Vattha Thoumsavath<br>2631 Forest Park<br>Derby KS 67037-4246 | Victor and Judy Chang<br>12712 E Killarney St<br>Wichita KS 67206-4158 |
| Videojet<br>12113 Collection Center Dr<br>Federal ID 36-2822116<br>Chicago IL 60693-0121 | Vilayvanh Keophanboua<br>6030 72nd Ave N<br>Minneapolis MN 55429-1050 | Waste Connections<br>2745 N Ohio<br>Wichita KS 67219-4399 |
| Westar Energy<br>PO Box 889<br>Topeka KS 66601-0889 | Wichita Alram Program<br>PO Box 1162<br>Wichita KS 67201-1162 | Yao Si Vu<br>3193 Mission Hill Dr<br>Mississauga Ont<br>L5M 0B3 Canada |
| Yellowbook<br>PO Box 660052<br>Dallas TX 75266-0052 | | |